UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

S7 08 Cr. 429-02 (DLC)

vs.

FREDI MARTINEZ.
-------------------------------------------------------

## SENTENCING MEMORANDUM

Paul J. McAllister
401 Broadway, 25th Floor
New York, New York 10013

# PAUL J. McALLISTER
## ATTORNEY AT LAW
### 401 BROADWAY 25TH FLOOR
### NEW YORK, NEW YORK 10013

TELEPHONE
(212) 274-0920

TELECOPIER
(212) 941-7108

June 29, 2009

Honorable Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Fredi Martinez
S7 08 Cr. 429-02 (DLC)

Dear Judge Cote:

I represent the Defendant in the above referenced matter and he is currently scheduled for sentencing before Your Honor on Friday, July 10, 2009, at 2:00 p.m. I make this sentencing submission on behalf of Mr. Martinez.

First, I have reviewed the PSR with my client and he does have objections to some of its contents.

First, Mr. Martinez has absolutely no knowledge of any of the events described in great detail paragraph 45. He was in no way involved in those events.

Second, Mr. Martinez has never been in North Carolina and, thus, denies the allegations contained in paragraph 46, although the Probation Officer seems to acknowledge that this is an error.

As to paragraph 50, although it may be of little or no importance, the second line in that paragraph which identifies an individual as "Carmen Amos" should read "Carmen

Ramos" instead. Also at the bottom of that paragraph where it is set forth that "'Amanda' may require surgery", the name of this individual is actually "Samantha".

Finally, where paragraph 66 alleges the existence of "a tax lien", Mr. Martinez believes he has no such lien which is supported by the fact that he says he has been receiving tax refunds in recent years arising from his taxi driving income filings.

As to the appropriate sentence for Mr. Martinez, I respectfully submit that the advisory guideline sentencing range suggested in this case far exceeds Title 18 U.S.C. § 3553(a) goals and, indeed, under that statute the mandatory statutory minimum of ten years is more than what is called for under the considerations contained in that statute.

Some of the Title 18 U.S.C. § 3553(a) considerations which tilt in favor of a lesser sentence than that suggested by the advisory guideline range include the following:

First, it must be noted that, apparently, Mr. Martinez, unlike the vast majority of criminal defendants in similar cases whose criminal activity is ended by their arrest, ended **his** activity more than three years (as ¶ 2 of the PSR, coupled with the "release status" paragraph on page one makes plain) prior to his arrest and had been living a law abiding life; supporting his wife and children. He had been working as a taxi driver in his most recent job for more than a year up to his arrest, as is born out by one of the letters attached, written by his most recent employer.

Second, by all accounts, including many of the attached letters, Mr. Martinez is a loving and supportive father who is sorely needed by his children. I realize that it is often the case that the innocent loved ones and family members of a wrongdoer suffer as the result of the punishment of that individual. I don't, by any means, therefore suggest that because of that fact the transgressor should escape all punishment. I do, however, suggest

that that fact, especially where, as here, it arguably exists in greater proportion than average, should be taken under serious consideration as an appropriate sentencing factor.

Finally, it should be noted that most of the other individuals convicted in this same conspiracy received far lower sentences than the statutory mandatory minimum of ten years as is called for here, according to the terms of Mr. Martinez's plea agreement. I don't know who, if anyone, among the other defendants received their sentence(s) as the result of cooperation, but Mr. Martinez had no such opportunity; having withdrawn and been arrested long after the cases of the others were resolved.

For all of the foregoing reasons, I respectfully urge Your Honor to sentence Mr. Martinez to the statutory mandatory minimum of ten years which, I respectfully submit, is more than enough to satisfy Title 18 U.S.C. § 3553(a) considerations. This is particularly true considering his efforts to maintain gainful employment over recent years (indeed, over the majority of his adult life, as is set forth in ¶ 62 of the PSR) coupled with the fact Mr. Martinez had been leading a crime free life over the last several years, having been arrested more than three years **after** the criminal activity leading to his guilty plea ended. Whatever, sentence Your Honor ultimately sees fit to impose, however, I respectfully request that you include a recommendation for a drug program for Mr. Martinez.

Respectfully submitted,


Paul J. McAllister


cc. A.U.S.A. Adam Hickey

4



**Prestige** try.t Car Service, Inc.

*Jun 12, 2009*

Tel: (718) 654-3134 / (718) 654-3852 • Fax: (718) 798-5292

*TO WHOM IT MAY CONCERN:*

*This is to certify that Fredi A, Martinez was affiliated
with this company as an independent driver since
09/20/07 thru 10/09/08 under the unit number 341.*

*During this time Mr. Martinez demonstrated to be
a very responsible and honest driver but we don't know
the reason of he not returning to work.*

*If you need any other information, please contact the
undersigned.*

*Truly Yours,*

*Leonel Jimenez
    Manager*

*Page 1*

*//*

Tuesday, June 02, 2009

To Whom It May Concern:

My name is **Arlyn Zacarias** I have been a good acquaintance of Mr.
**Freddy Martinez** for well over 7 years.

I hereby constitute, based on my own personal experiences with **Mr.
Freddy Martinez** that he is a kind person with a pleasant personality
and a great sense of humor, and a good friend overall.

Should you have any questions you may wish to ask, feel free to contact me at my
work phone, (347)591-0405. Thank you for your time and attention.

Truly yours:

JOSE A. DE LEON
Notary Public, State of New York
No. 03-4658433
Qualified in Bronx County
Commission Expires May 31,20 / /

ARLY ZACARIAS

**SWORN TO BEFORE ME**

**TODAY** 2 **OF** June **2009**

May 31st, 2009

Dear Ms. Denise Cortez

The reason I write this
letter is because I want
you to please consider
Freddy Martinez. I know Freddy
for over four years, he is a
great and wonderful father.
Freddy and I are great friend.
He is a honest and respetful man.
Please considered him!!

Sincerely,
July Castro

June 2, 2009

To Whom It May Concern,

     I Evelyn Martinez am writing this letter in support of my brother Fredi Martinez as a person with a good heart. A person that supported me in everything I do. He is a great role model to my kids expertly to my son Richard Martinez he has been a father figure to him, also to my daughter Braida Jeffry that thanks to my brother she going to college, she looked up to him. Went I didn't have anyone to help me he always did, financially and mentally. He is a great father to his kids everywhere he went his kids were with him. Every time he came to were we live everyone open their doors to him. He is not the kind of person that will do any harm to any one. Everywhere he went he is love. When I had problems with my kids he'll gave them advices. I thank him alot because of him I have a relationship with my kids. Because of him helping me, my son stay out of problems. We all miss him so much. HE IS A GREAT MAN, A SENSITIVE MAN and A LOVING MAN!

     Sincerely,

     Evelyn Martinez

TONIS GONZALE                                          JUNE 3 2009
3325 WALLACW AV
BRONX NY 10467


To whom it may concern


My name is Tonis Gonzalez   I am writing about my
Brother in law Fredy Martinez I have know Fredy Martinez
Since he was a young boy I personally want to ask for considerations
About him Fredy is a good father and husband I know how much his family
Need him especially his son. He drives his cab and work hard for his family
They depend on him he is very important for them when Fredy and I got together
He always told me how much he care for then he is a dedicate father thank you
For your considerations


                                          ATT. TONIS GONZALEZ

6,1,09

im h... e ... sister & my Brother &
the family to. in Christmas. it was Boring
Because he was not here & Holiwen was Boring

... the ... d &

... have me ... to the
... con. ... my ... & my ... to ...
... because we have ... with ... ...
... to. my in a her ... my ...

... but my Dad ...
... with the family ... with ...
... my Dad ...
& ... & bring ...

... ...

By: Amanda Martinez


Rafael Castillo

June 10th. 2009

To whom it may concern:

There is a common saying that goes "choose your friends wisely" and for the last 7 years that I know Freddy Martinez I can truly consider him a great friend. Throughout the years, he has showed me he is a very respectful and caring guy. The type to always look out for everybody, the neighbor anybody would like to have living next to them. He is a friendly guy, committed to his family. Never have I seen him lose composure, always nice, calm and humble. He doesn't look for trouble and will be the first one to walk away to avoid any problems. Freddy and I would get together for a little chat and he always listened and gave me advised. One of the most notable quotes that stand out from him "always be happy, never get mad, you die faster if you don't." I write this letter not because I know his a great person or because he is a respectful family man, but because for the last 7 years he has been a good friend, and I thank him for that.

Sincerely

To whom it May Cocern.

This is to infomed you.
that I alienit Ledue. No's
Freddy Martiniez for about 5½ year.
and freddy was my Taxi Drive
My mother only Let Me go to
Place's with him. to School to
My Docter appoiments that is
he's Job. Beening a Taxi Driver
MR. Martinez, is a good peison
and a good fether and a dey hard
Working man.

Thankyou
Alueeta Ledue.

By Adline Keeler

To whom it may concern
This is To Let You no.
That I . Isa Rivera nos MR.
freddy Martinez for 5 years
and I he is a good person. He
is a Loving Father. a Loving
Husband. . and A Very Nice Person
He is a Hard Working men.

Your Truly
Ilsa Rivera

To Whon it may Concern.
I Adolfo Rodriguer no's freddy
about 6 year's mr freddy is my
friend He is a good man and a
good person. I no him as a Hard.
working Man He is a taxi Driver
He is a good father and a good friend.
and a good family man. He is.
a very good person. With a Big
heart. for ever one.

your truly

*Adolfo Rodriguez* (signature)




Dear Denice J. Cote
    My name is Genesis I'm Fredi's

Step daughter. I have 3 sisters Amanda,

Samantha and Gienm. I also have 2 brothers

Jonah and Felipe. Fredi always been a father

to me. I known him for 8 years. My mom

mie' him when I was born. Since I know

him for a very long time I know he will never

Do something to hurt me he a nice

Funny and loving. I love him!      love,
                                    Genesis



Gianna Martinez

8 years old

Fredi's youngest daughter

A little daughter who loves her dad and is always talking about him. How much she misses him and that he is coming back. She wishes he comes back to give him a big hug and spend the holidays with him.

I ♥ You DAD

I MISS YOU ☹

Much, I'd do whatever it takes to get you back

WEN u cum Back

I will ♥ play with you again, you'll always be in my heart and all the memories we had together I alway love you xoxo

Love

Gianna

Gianna



I'm writing this letter to inform that Freddy is a wonderful son, friend and most a great father. The years that I've known freddy we shared good memories and wondeful laughter. He's caring loving, and loyal to the people around him. He has bring us joy and happy moments. He has made mistakes like any other human being. He deserve to be with his kids and wife. His kids miss him and the are suffering because their father is not there for a good night kiss or I love you. He needs to be here so his family can make him change and continue to being that wonderful friend he is to all of us.

We ♡ you freddy
Yaomi B.

I am Freddy's cousin and it hurts me inside to see him away from me. He has tought me what I know this day. That is to live life and enjoy my wonderful mornings. My mother is sad and so is his wife and his children. They come to me ask me "why is my daddy away". I have no answer that can be explain. We all miss you Freddy. His a wonderful cousing and he needs to be here with us. What he has done is, not easy but no human should be punished. He's a wonderful and friend human being. He loves his family and kids. I don't think he should be away from us.

Sincerely,

Dear, Parol

Fredi is a wonderful person he treat me like if I am a princess. When he takes me and my sisters and brother to places he holds the ~~door~~ ~~taxi~~ door for us. And every time we tell him we are hungrey he buys us anything we want to eat. And Also If we need ~~more~~ money he give it to us. And he does Not ~~treat~~ my mom mean he treats her the same way he treats me and my brother and sister. Anytime my brother or sisters need clothe He buys it for us My brother picks his own clothes and Fredi is ~~pro~~ Proude of ~~that~~ One time ~~he~~ my sisters and brother and me was bored in the house Soo Fredi Said lets go to a Fun place then my sister brother and me was so happy. Fredi is a wonderful person.

Sincerly Adrianna mejia

Dear, Parol

Fredi is a well man. He always treets me nice. He always had my back. He loves me as if I'm his daughter. I love him he loves me like always. I would never emagine him in that horrible place. Iny one can trust Fredi. He is the best and every one nows it, You can se it in his eyes. Fredi knows how to take goo care of his family. He takes good care of every one else. Even is they are not part of his family. Fredi was and still is one of my Best freinds.

Sincerly, Jillian Vega

Felipe Caro

Dear ?,    Og (Judge) in my love this is
                Fredi's son. (child)

    Hi I love my father he's a good person.
He takes me to a lot of places. One day we were bored
and he took me to Dave's and Busters, and then we went
to the "amc" movie theaters. Another day we went
to Six Flags. He alway give me $100 a week for
alounce. I love my father he be cooking in the
kitchen.

    I love my father Fredi Antonio Martinez.
He's my rolemodle. He taxi drives. It's cool. I love
my father He does what ever I want to
do like go to Play land, six flags, lazer tag, movie
thieters, stuff like that, this year im gradueating
from 5th grade and I'll love if he comes to my
gradueation on June 24, 2009, at P.S. 70x 1691 weeks
Ave. Bronx, New york 10457 Telephone of school: 718-583-6000
my phone number Is 718-299-8470 Felipe Caro, Felipe Caro.
At 11:40 will be my gradueation. I'll hope to
see him there please I know was ya building
150 park way I think it is. So that's why I need my
father to have fun. I'll garenty you that he wont do something
any more for the rest of his life because he's getting
old. bye and have a nice day but just let my dream
come true, to see him right there looking straight at
my eye will im gradueating instead of sad moments.

                    Sincerly: Felipe Caro
                        Felipe Caro.